1 | (Counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE DOYLE,<br><br>          Plaintiff,<br><br>   vs.<br><br>CT CORPORATION SYSTEM, WOLTERS KLUWER, ACCESSDATA GROUP, and DOES 1-20,<br><br>          Defendants. | No. C 10-05147 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL DATES** |

ALAN B. EXELROD (Cal. State Bar No. 50467)
JOHN T. MULLAN (Cal. State Bar No. 221149)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
E-mail: abe@rezlaw.com
E-mail: jtm@rezlaw.com

Attorneys for Plaintiff
Katherine Doyle

JEFFREY D. WOHL (Cal. State Bar No. 096838)
Y. ANGELA LAM (Cal State Bar No. 268718)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: jeffwohl@paulhastings.com
E-mail: angelalam@paulhastings.com

Attorneys for Defendants
C T Corporation System and
Wolters Kluwer United States Inc.

NANCY L. MCCOY (Cal. State Bar. No. 184983)
BASHAM LAW GROUP
1990 N. California Boulevard, Suite 530
Walnut Creek, California 94596
Telephone: (925) 309-6112
Facsimile: (925) 939-7733
E-mail: nancy@bashamlawgroup.com

Attorneys for Defendant
AccessData Group, LLC

## STIPULATION

Plaintiff Katherine Doyle and defendants C T Corporation Systems, Wolters Kluwer United States, Inc., and AccessData Group, LLC, acting by and through their respective attorneys of record, hereby stipulate that in addition to the trial and pre-trial dates set by the Court on February 25, 2011, following the case management conference held the same day, the Court may set additional pre-trial dates as follows (new dates appear in **boldface underscore**):

| Event | Date |
|---|---|
| **Last Day to Complete Non-Expert Discovery** | **October 14, 2011** |
| Supplemental case management conference statement due | October 14, 2011 |
| Further case management conference | October 21, 2011, 8:30 a.m. |
| **Last Date to File Dispositive Motions** | **November 11, 2011** |
| **Last Day to Exchange Expert Disclosures** | **November 25, 2011** |
| **Last Day to Complete Expert Discovery** | **December 30, 2011** |
| Final Pretrial Conference | February 2, 2012, 2:30 p.m. |
| Trial Date | February 6, 2012, 8:30 a.m. |

Dated: February 25, 2011.  ALAN EXELROD
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, LLP

By: /s/ Alan Exelrod
Alan Exelrod
Attorneys for Plaintiff
Katherine Doyle

Dated: February 25, 2011.  JEFFREY D. WOHL
Y. ANGELA LAM
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendants
C T Corporation System
and Wolters Kluwer United States Inc.

Dated: February 25, 2011.

NANCY L. MCCOY
BASHAM LAW GROUP

By: /s/ Nancy L. McCoy
    Nancy L. McCoy
    Attorneys for Defendant
    AccessData Group, LLC

**ORDER**

Based on the parties' stipulation, and good cause appearing therefor,

IT IS ORDERED that the parties' additional pre-trial dates, set forth in their stipulation, be and hereby are adopted by the Court.

Dated: February 28, 2011.



_____
Charles R. Breyer
United States District Judge