1  (Counsel listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE DOYLE,<br><br>            Plaintiff,<br><br>     vs.<br><br>CT CORPORATION SYSTEM, WOLTERS KLUWER, ACCESSDATA GROUP, and DOES 1-20,<br><br>            Defendants. | No. C 10-05147 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CT CORPORATION SYSTEM AND WOLTERS KLUWER UNITED STATES, INC.** |

ALAN B. EXELROD (Cal. State Bar No. 50467)
JOHN T. MULLAN (Cal. State Bar No. 221149)
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513
E-mail: abe@rezlaw.com
E-mail: jtm@rezlaw.com

Attorneys for Plaintiff
Katherine Doyle

JEFFREY D. WOHL (Cal. State Bar No. 096838)
Y. ANGELA LAM (Cal State Bar No. 268718)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: jeffwohl@paulhastings.com
E-mail: angelalam@paulhastings.com

Attorneys for Defendants
CT Corporation System and
Wolters Kluwer United States Inc.

## STIPULATION

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, plaintiff Katherine Doyle and defendants CT Corporation Systems and Wolters Kluwer United States, Inc., acting by and through their respective attorneys of record, hereby stipulate that plaintiffs claims against defendants CT Corporation System and Wolters Kluwer United States, Inc., in this action may be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: August 10, 2011.

ALAN EXELROD
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, LLP

By: _____
    Alan Exelrod
    Attorneys for Plaintiff
    Katherine Doyle

Dated: August 12, 2011.

JEFFREY D. WOHL
Y. ANGELA LAM
PAUL HASTINGS LLP

By: _____
    Jeffrey D. Wohl
    Attorneys for Defendants
    C T Corporation System
    and Wolters Kluwer United States Inc.

LEGAL_US_E # 94157403.1

STIPULATION, ORDER DISMISSING CLAIMS
U.S.D.C., N.D. Cal., No. C 10-05147 CRB

1 **ORDER**

2 Based on the parties' stipulation, and good cause appearing therefor,

3 IT IS SO ORDERED.

4 Dated: August 12, 2011.



_____
Charles R. Breyer