1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

| 12 | KATHERINE DOYLE, | Case No.   CV 10-5147 CRB |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING FED. R. CIV. P. 26(A)(3) PRETRIAL DISCLOSURES** |
| 14 | v. | |
| 15 | CT CORPORATION SYSTEM, WOLTERS KLUWER, ACCESSDATA GROUP, and DOES 1-20, | |
| 16 | | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

1     Whereas, Federal Rule of Civil Procedure 26(a)(3) provides that, unless otherwise

2  directed by the Court, Pretrial Disclosures must be exchanged at least 30 days before trial; and

3     Whereas, the Court's Guidelines for Trial and Pretrial Conference in Civil Jury Cases set

4  forth a different procedure for deposition designation than that in Fed. R. Civ. P. 26(a)(3)(A)(ii);

5  and

6     Whereas, the hearing on Defendant AccessData Group, LLC's Motion for Summary

7  Judgment was postponed by this Court's order; and

8     Whereas, the hearing on Defendant AccessData Group, LLC's Motion for Summary

9  Judgment will be held on Friday, January 13, 2012; and

10    Whereas, in the interest of conservation of time and resources, the parties have conferred

11 and agreed that Pretrial Disclosures should not be exchanged until after the Court rules on

12 Defendant AccessData Group, LLC's Motion for Summary Judgment; and

13    Whereas, this case is set for final pretrial conference on February 2, 2012 and trial on

14 February 6, 2012;

15    The parties hereby stipulate that the following schedule shall govern the exchange of the

16 required Rule 26(a)(3) Pretrial Disclosures and Objections thereto:

17    1.    The parties shall exchange, and file with the Court, the Pretrial Disclosures set

18 forth in Fed. R. Civ. P. 26(a)(3)(A)(i) and (iii) on or before January 25, 2012; and

19    2.    Each party may serve and file objections to the opposing party's disclosures

20 according to Fed. R. Civ. P. 26(a)(3)(B) on or before January 31, 2012.

Dated: January 11, 2012

ALAN EXELROD
JOHN T. MULLAN
RUDY, EXELROD, ZIEFF & LOWE, LLP


By: /s/ Alan Exelrod
      ALAN EXELROD

Attorneys for Plaintiff
KATHERINE DOYLE


Dated: January 11, 2012

LINDA E. SHOSTAK
COLETTE M. LEBON
MORRISON & FOERSTER LLP


By: /s/ Linda E. Shostak
      LINDA E. SHOSTAK

Attorneys for Defendant
ACCESSDATA GROUP, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 13, 2012

_____
Honorable CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA