1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   KATHERINE DOYLE,                        Case No.   CV 10-5147 CRB

13                     Plaintiff,            **STIPULATION AND
                                             [PROPOSED] ORDER
14          v.                               REGARDING FED. R. CIV. P.
                                             26(A)(3) PRETRIAL
15   CT CORPORATION SYSTEM, WOLTERS          DISCLOSURES**
     KLUWER, ACCESSDATA GROUP, and DOES
16   1-20,

17                     Defendants.

18

19

20

21

22

23

24

25

26

27

28

Whereas, Federal Rule of Civil Procedure 26(a)(3) provides that, unless otherwise directed by the Court, Pretrial Disclosures must be exchanged at least 30 days before trial; and

Whereas, the Court's Guidelines for Trial and Pretrial Conference in Civil Jury Cases set forth a different procedure for deposition designation than that in Fed. R. Civ. P. 26(a)(3)(A)(ii); and

Whereas, the hearing on Defendant AccessData Group, LLC's Motion for Summary Judgment was postponed by this Court's order; and

Whereas, the hearing on Defendant AccessData Group, LLC's Motion for Summary Judgment will be held on Friday, January 13, 2012; and

Whereas, in the interest of conservation of time and resources, the parties have conferred and agreed that Pretrial Disclosures should not be exchanged until after the Court rules on Defendant AccessData Group, LLC's Motion for Summary Judgment; and

Whereas, this case is set for final pretrial conference on February 2, 2012 and trial on February 6, 2012;

The parties hereby stipulate that the following schedule shall govern the exchange of the required Rule 26(a)(3) Pretrial Disclosures and Objections thereto:

1.     The parties shall exchange, and file with the Court, the Pretrial Disclosures set forth in Fed. R. Civ. P. 26(a)(3)(A)(i) and (iii) on or before January 25, 2012; and

2.     Each party may serve and file objections to the opposing party's disclosures according to Fed. R. Civ. P. 26(a)(3)(B) on or before January 31, 2012.

1

2     Dated:  January 11, 2012           ALAN EXELROD
                            JOHN T. MULLAN

3                             RUDY, EXELROD, ZIEFF & LOWE, LLP

4

5                           By:    /s/ Alan Exelrod
                                  ALAN EXELROD

6                           Attorneys for Plaintiff

7                           KATHERINE DOYLE

8

9     Dated:  January 11, 2012           LINDA E. SHOSTAK
                            COLETTE M. LEBON

10                           MORRISON & FOERSTER LLP

11

12                           By:    /s/ Linda E. Shostak
                                  LINDA E. SHOSTAK

13                           Attorneys for Defendant

14                           ACCESSDATA GROUP, LLC

15

16

17     PURSUANT TO STIPULATION, IT IS SO ORDERED.

18     Dated:  January _13, 2012

19                           Honorable CHARLES R. BREYER
                          United States District Judge

20

21

IT IS SO ORDERED

Judge Charles R. Breyer

22

23

24

25

26

27

28