IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE DOYLE, | No. C 10-05147 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CT CORPORATION SYSTEM ET AL., | |
| Defendants. | |

Having granted Defendant's Motion for Summary Judgment, the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\5147\judgment.wpd