**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE DOYLE,

        Plaintiff,

    v.

CT CORPORATION SYSTEM ET AL.,

        Defendants.

_____/

No. C 10-05147 CRB

**JUDGMENT**

    Having granted Defendant's Motion for Summary Judgment, the Court hereby enters judgment for Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: January 18, 2012

                                 CHARLES  R. BREYER
                                 UNITED STATES DISTRICT JUDGE